

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON   FILED'11 APR 26 13:16USDC-ORP
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL A. THOMPSON,<br><br>                Defendant. | Case No. CR'11-166 BR<br><br>MISDEMEANOR<br><br>**INFORMATION**<br><br>Title 29 U.S.C. § 439(b) |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
[Filing a False Report]

At all times material to this Information, Roofers Local Union 49 was a labor organization in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j).

On or about March 31, 2009, in the District of Oregon, **MICHAEL A. THOMPSON**, the defendant herein, did knowingly make a false statement and representation of material fact, knowing it to be false, in a report and document required to be filed by the Roofers Local Union 49 with the Secretary of Labor pursuant to Title 29, United States Code, Section 431, that is, the annual financial report form (LM-2) for the union's fiscal year ending on December 31, 2008,

///            ///            ///

///            ///            ///

to wit: **THOMPSON** under-reported his salary and other direct and indirect disbursements to himself; all in violation of Title 29, United States Code, Section 439(b).

Dated this 26th day of April, 2011.

DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon

*/s/ Helen L. Cooper*
HELEN L. COOPER, OSB #87195
Special Assistant United States Attorney

Page 2 - MISDEMEANOR INFORMATION